OPINION — AG — (1) THE FEES DESCRIBED IN 28 O.S.H. 31, AS AMENDED, FOR THE SERVICES SPECIFIED THEREIN RENDERED BY THE CLERK OF ANY COURT OF RECORD ARE IN CONFLICT WITH THE FEES PRESCRIBED IN EITHER 20 O.S.H. 721, 20 O.S.H. 722 FOR THE SAME SERVICE OF THE CLERK OF A COURT OF COMMON PLEAS, AND INSOFAR AS SAID 28 O.S.H. 31, PRESCRIBES A FEE FOR A SERVICE NOT MENTIONED IN 20 O.S.H. 721, 20 O.S.H. 722 CITE: 11 O.S.H. 831 (JAMES C. HARKIN)